FILED ☒ LODGED ☐

Aug 10 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSH A.C. ACKERMAN
JONATHAN B. GRANOFF
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: josh.ackerman@usdoj.gov
jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Danielle Nicole Crawford,

Defendant.

**CR-26-4148-TUC-AMM(MAA)**

INFORMATION

Violations: 18 U.S.C. § 1347
(Health Care Fraud)

(Class C Felony)

THE UNITED STATES ATTORNEY CHARGES:

From a time unknown but from at least February 2023 and continuing through October 2025, at or near Tucson, in the District of Arizona and elsewhere, the defendant Danielle CRAWFORD (CRAWFORD) with the intent to defraud, knowingly and willfully executed a scheme and artifice to defraud the Department of Labor, Office of Workers' Compensation Program (DOL-OWCP), a health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, by knowingly submitting and causing to submit material false and fraudulent claims to DOL-OWCP which were paid as a result in violation of 18 U.S.C. Section 1347.

Dated this 10th day of August 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Digitally signed by JONATHAN GRANOFF
Date: 2026.08.10 09:26:51 -07'00'

JOSH A.C. ACKERMAN
JONATHAN B. GRANOFF
Assistant U.S. Attorney